IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| COACH, INC. and COACH SERVICES, INC., | : |
| Plaintiffs, | : Case No. 4:10-cv-2289-RWS |
| v. | : |
| FRISON FLEA MARKET, INC., JACK FRISON, SOUKEYE F. SAMB, | : |
| Defendants. | : |

## SATISFACTION OF JUDGMENT AND
## REQUEST FOR DISMISSAL WITH PREJUDICE

COME NOW PLAINTIFFS, Coach, Inc. and Coach Services, Inc., by and through their undersigned counsel, and hereby acknowledge receipt of payment in full and in satisfaction of the Agreed Judgment entered on May 26, 2015 (Dkt. No. 145), in favor of Plaintiffs and against Defendants in the above-styled matter. Plaintiffs request that the Court dismiss this matter with prejudice, each party to bear their own costs.

/s/ Jason A. Kempf
Jason A. Kempf, #59897MO
Bryan Cave, LLP
211 North Broadway, Suite 3600
Saint Louis, MO 63102
Tel: (314) 259-2306
Fax: (314) 552-8306

*Attorneys for Coach, Inc. and Coach Services, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 4th day of June, 2015, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system to the parties of record.


_____/s/ Jason A. Kempf_____